*In re* FRANK ÁNGEL DALMAU GÓMEZ.

*Número:* TS-3731          *Resuelto:* 11 de junio de 1999

I

*Harry Anduze Montaño, Roberto Busó Aboy, Enrique Córdova Díaz,* de *Goldman, Antonetti & Córdova, Manuel González Gierbolini* y *Harold D. Vicente,* de *Vicente & Cuebas,* abo-

gados de la parte peticionaria; *Carlos Lugo Fiol, Procurador General,* y *Cynthia Iglesias Quiñones, Procuradora General Auxiliar,* abogados de El Pueblo.

## RESOLUCIÓN

Examinada la solicitud de reinstalación del Lcdo. Frank Ángel Dalmau Gómez, y el Informe de la Comisión de Reputación al respecto, se ordena la reinstalación del Lcdo. Frank Ángel Dalmau Gómez al ejercicio de la profesión de abogado, a partir del día de hoy, luego del cumplimiento de los trámites necesarios para ello.

*Esta resolución se publicará.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Negrón García no interviene. La Juez Asociada Señora Naveira de Rodón disintió sin opinión escrita.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*